IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>)<br>)<br>v.   )<br>)<br>JOHN FOCARETA,   )<br>)<br>Defendant.   ) | Criminal No. 05-227 |

### ERRATA

The Memorandum Order (Doc. No. 39) in the above referenced case dated July 25, 2006, is hereby amended as follows:

On page 17, the last line of Paragraph 11 of **Section II. Conclusions of Law**:

delete the word "the" after the word "this" and change the word "finds" to the word "finding" so the sentence reads:

By reason of this court finding that Focareta. . . .

By the court:

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

Dated: August 8, 2006

cc: counsel of record